UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KORE EXTREME LLC,<br><br>       Plaintiff,<br><br>v.<br><br>RFE INTERNATIONAL LTD.,<br>JANE DOEs 1-10,<br><br>       Defendants. | Civil Action No. 1:16-cv-02493<br><br>Sheila M. Finnegan<br><br>**Jury Trial Demanded** |

## AGREED ORDER OF DISMISSAL

Plaintiff, Kore Extreme LLC ("Kore Extreme") and RFE International Ltd., ("RFE") (collectively "the Parties") hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction.

**IT IS HEREBY ORDERED:**

1.     This case is dismissed without prejudice.

2.     The Parties consent that the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement and specifically consent that the Court shall have leave to reinstate this case on or before December 31, 2017, to enforce the Settlement Agreement.

3.     In the event a motion to reinstate is not filed on or before December 31, 2017, the case shall be dismissed with prejudice without further order of the Court.

4.     Each party shall bear its own attorney's fees and costs.

Dated: 10/18/2016

_____

Sheila Finnegan

United State Magistrate Judge